**Order entered November 15, 2022**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00729-CV

**POSITIVE TRANSPORTATION LLC, THOMAS WHALEY AND THOMAS HATTON, JR., Appellants**

**V.**

**TTS, LLC, Appellee**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-09409**

## ORDER

Before the Court is the parties' Joint Motion to Stay and Abate this Appeal to Facilitate Settlement Discussions. We **GRANT** the motion, **STAY** all pending deadlines in the appeal, and **ABATE** the appeal until December 9, 2022. If the parties resolve the appeal through settlement before that date, they shall promptly notify the Court and file any motions necessary to effectuate the settlement.

/s/    CORY L. CARLYLE
JUSTICE